UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05CV270

| | |
|---|---|
| CHARLIE LEE RICHARDSON, ) | |
| ) | |
| Plaintiff, ) | ORDER |
| ) | |
| v. ) | |
| ) | |
| STATE DEPARTMENT OF PUBLIC ) | |
| INSTRUCTION & THE STATE BOARD ) | |
| OF EDUCATION, along with the State ) | |
| Board Attorneys, ) | |
| ) | |
| Defendants. ) | |
| ) | |

On October 24, 2005, this Court denied Plaintiff Charlie Richardson's Application for Leave to Proceed In Forma Pauperis. (Doc. No. 3). The undersigned found that Richardson had sufficient resources from which to pay the filing fee in this action. Richard has now moved this Court to reconsider his Application. (Doc. No. 4). In his motion, Richardson states that in June 2005, his Application to Proceed In Forma Pauperis in another case, which at that time was pending before the Honorable Judge Richard Voorhees (and now is pending before the undersigned), was granted based on the same financial affidavit.[1] However, the indigency determinations of one judicial officer do not bind other judicial officers as to the same defendant in a separate case. Based on the record the Court still concludes that Richardson has the resources with which to pay the original filing fee in this case.

---

[1] More accurately, Richardson's motion was partially granted, as he was ordered to pay a partial filing fee of $35. *Richardson v. Williams*, 3:05cv211 (Doc. No. 3).

**THEREFORE, IT IS HEREBY ORDERED** that Plaintiff's Motion for Reconsideration is **DENIED**. Plaintiff shall pay the original filing fee of **$250.00** within thirty days from the date of this order. Failure to pay this fee may result in dismissal of this action.

Signed: September 27, 2006

Robert J. Conrad, Jr.
Chief United States District Judge